**Order entered March 30, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01145-CV

## YYP GROUP, LTD. AND GEORGE KIMELDORF, Appellants

## V.

## AARON C. MCKNIGHT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02682-B**

## ORDER

Before the Court is appellee's March 26, 2020 emergency motion to extend time to file his response brief. We **GRANT** the motion and **ORDER** appellee's response brief be filed no later than April 9, 2020.

/s/    BILL WHITEHILL
         JUSTICE